Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

**FILED - GR**
June 18, 2026 10:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR  SCANNED BY: AR  /6.18

Lamar Fourcha

Plaintiff(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

**1:26-cv-1888**
Paul L. Maloney- U.S. District Judge
Maarten Vermaat - Magistrate Judge

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See Attached

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lamar Fourcha |
| Street Address | 1111 Baldwin St SE |
| City and County | Grand Rapids    Kent |
| State and Zip Code | Michigan    49506 |
| Telephone Number | 616-400-5696 |
| E-mail Address | lamarfourcha@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

6-17-26

United States District Court
for the
Western District of Michigan
Southern Division

## Defendants

1.) Shaun Dewent #007

2.) Bryan Sniatecki # 222

3) Amanda Stewart # 078

4.) Ty Rozema # 316

5) Cody Borta # 223

6.) Caiden Reed # ?

7.) City of Grand Rapids

(Pg.1)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    Shaun Dewent

Job or Title *(if known)*                GRPD

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                    Bryan Sniaitecki

Job or Title *(if known)*                GRPD

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                    Amanda Stewart

Job or Title *(if known)*                GRPD

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                                    Ty Rozema

Job or Title *(if known)*                GRPD

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

See Attached

Page 2 of 5

6-17-26

## The Defendants

5.) Cody Borta.
GRPD

6.) Caiden Reed
GRPD

7.) City Of Grand Rapids
Government Agency

(Pg. 1)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(42 U.S.C §1983) 1st Ammendment  4th Ammendment  8th Ammendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

<u>Statement of Claim</u>

1) On 4-5-24 In the City of Grand Rapids, Michigan, <u>Shaun Dewent</u> a sworn officer of the Grand Rapids Police Department violated several of my Constitutional rights by using excessive force. This officer bent my fingers backwards causing immense pain. This officer bent my Arm causing immense pain. After telling this officer that I had no circulation in my wrist this officer refused to loosen the handcuffs, this officer actually locked the cuffs where they were causing them to rip through my skin. This Officer bent my legs at the knees and sat on them, causin immense pain. This officer refused to put my seatbelt on during transport to the jail putting me at risk and in fear of my safty. This Officer violated my 1st Ammendment by taking my phone and throwing it into the Street because I wanted to record this incident. My Phone was left in the street and wasnt booked with me or into evidence. My wife found my phone in the street destroyed later in the day. This officer did not intervene when he saw other officers violating my rights. This Officer also forced my handcuffed arms in ther

2) On 4-5-24 In the City of Grand Rapids, Michigan, <u>Bryan Sniatecki</u> a sworn officer of the Grand Rapids Police Department violated My Constitutional Rights by using excessive force. This officer bent my arm, bent my leg and twisted my foot causing immense pain. This Officer watched and didnt intervene as other officers violated my rights. This officer refused to secure me in my seatbelt during transport to the jail.

(P9.1)

<u>Statement of Claim</u>

3) On 4-5-24 In the City Of Grand Rapids, Michigan <u>Amanda Stewart</u> a sworn officer of the Grand Rapids Police Department violated my constitutional rights by using excessive force. This officer punched me in my face with a closed fist. This officer pulled out 6 of my dreadlocks causing immense pain. This officer used a neck restraint (Deadly force) that is prohibited by the GRPD per its use of force policy. This officer refused to intervene when she saw other officers violating my rights

4.) On 4-5-24 In the City of Grand Rapids, Michigan <u>Ty Rozema</u> a sworn officer with the Grand Rapids Police Department violated my constitutional Rights by using excessive force. This officer bent my arm causing it to "bend weird" per his words on his BWC. This officer also failed to intervene when other officers violated my rights.

5.) On 4-5-24 In the City Of Grand Rapids, Michigan <u>Cody Borta</u> a sworn officer with the Grand Rapids Police Department violated my constitutional rights by using excessive force. This officer punched me 6 times In my face and head ultimatly knocking me out and pushed me out my car. This officer failed to intervene as other officers violated my rights

(Pg.2)

<u>Statement Of Claim</u>                    6-17-26

6) On 4-5-24 in the City Of Grand Rapids, Michigan <u>Caiden Reed</u> a sworn officer of the Grand Rapids Police Department violated my constitutional rights by using excessive force. This officer elbowed me in my face causing pain. This officer restricted my ability to breathe for 20 seconds using deadly force in the form of a neck restraint, which is prohibited per the GRPD use of force policy unless deadly force is needed, which it wasn't. This officer also refused to intervene when other officers violated my rights.

7) <u>The City Of Grand Rapids</u>, This municipality permits patterns of excessive force and maintains unconstitutional policing policies. Its faile to properly train its officers in utilizing proper use of force tactics and also faile to train its officers how to properly de-escalate. This lack of adequate training resulted in sworn Officer Ty Rozema #311 Violating my 4th Ammendment by using excessive force. Rozema admits on his BWC (Body Worn Camera) that he tried to put my arm on the "Beat Killer" Training that he and Shaun Dewent underwent but my arm "bent weird" so he let it go". Dewent is also on BWC attesting to this training. This culture of Corruption in the GRPD motivated Two sworn officers to use neck restraints on me which is deadly force violating the GRPD use of force policy. This Corrupt culture also motivated sworn officers acting in their offical capacity to illegally search and seize my property by towing my car from in front of (Pg) my home Violating my 4th Ammendment.

The GRPD is a core munincipal department of the City of Grand Rapids and has failed to meet the 6 pillers of policing. Its sworn officers have falsified police reports and in some cases didn't write one. Officers are responding to situations not turning on their BWC. Officers like Shaun Dewent who have lied under oath, on the stand, in a court of law in front of a Judge and Jury Commiting Perjury. This type of Brazenness could only be cultivated by a system of corruption. The City of Grand Rapids under Mark Washingtons leadership has fostered an enviroment in the GRPD that refuses to hold Itself accountable. The GRPD's Internal Affairs Unit is corrupt and refuses to hold Sworn officers who have clearly violated their oathes and my constitutional rights accountable. The City of Grand Rapids OPA has failed to incorporate the 6 pillers of policing in the 21st century by allowing sworn Officers to violate multiple sections of the Grand Rapids Police-Manual of procedures without accountibility. This Pattern of ineffective policing by the GRPD is evident in cases like the Killings of Patrik Lyola and most recen Da'Quain Johnson. Lack of accountibility is also evident in the Prosecuters office with Chris Becker refusing to hold certain Sworn officers with the GRPr. accountable. The City of Grand Rapids is liable for the Actions of the GRPD and must be held accountable.

(Pg4)

# Relief

I am suing for $700,000,000

Compensatory Damages -100,000,000

Punitive Damages - 600,000,000

These Damages are owed to me because,

- I Now have Nerve damage in the form of Mild Cervical Spinal Stenosis/Spondylosis which is extremely painful.
- I have Nerve damage causing lighting pain to shoot down my arm
- Parts of my hand sometimes goes numb
- I was Diagnosed with PTSD and have Nightmares because of this.
- I lost my Job because of this, I was about to be promoted but was fired
- Alot of Jobs refused to hire me because this was on my record.
- I had Marital Problems because of this.
- I lost my housing security because of this.
- 6 of my dreadlocs were ripped out.
- Deadly force was used on me.
- I was wrongfully Charged.
- My property was taken and Never returned.
- This ordeal has made my life miserable.
- I cant enjoy life fully with my kids due to pain.
- Destroyed my Phone
- Physical pain and suffering/mental anguish
- I had to endure physical Thearapy
- Thearapy for PTSD
- Any other Damages warranted by the evidence and Permitted under the law.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



See Attached

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6-17-26

Signature of Plaintiff    _Lamar Fourcha_

Printed Name of Plaintiff    _Lamar Fourcha_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney          _____

Printed Name of Attorney    _____

Bar Number                      _____

Name of Law Firm            _____

Street Address                  _____

State and Zip Code           _____

Telephone Number           _____

E-mail Address                 _____